# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JOSEPH J. TOMASZEWSKI,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN, Acting** )<br>**Commissioner of Social Security,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION NO. 5:13-CV-374 (MTT)** |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Charles H. Weigle to affirm the Commissioner's decision to deny the Plaintiff's application for benefits because substantial evidence supports the Commissioner's decision. (Doc. 21). The Plaintiff has objected to the Recommendation, and the Commissioner has responded to this objection. (Docs. 22; 23). Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation and the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 2nd day of March, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT